IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOMENIC LOMBARDI REALTY, INC.<br><br>Defendant. | JOINT MOTION FOR ENTRY OF STIPULATION AND PROPOSED ORDER TO DEPOSIT SUM OF MONEY WITH THE COURT<br><br>Civil Action No. 98-591 (WES) |

NOW COMES Plaintiff United States of America, by and through the undersigned attorneys, joined by Defendant Domenic Lombardi Realty, Inc., and respectfully requests that the Court enter the enclosed Stipulation and proposed Order to Deposit Sum of Money with the Court, executed by both parties, in connection with the proposed settlement of the above-captioned action. Pursuant to such Stipulation, Defendant shall deliver said funds to the U.S. District Court Clerk for deposit to an interest bearing escrow account with Bank of America, 111 Westminster Street, Providence, Rhode Island 02903 on or about June 1, 2005.

In support of this Motion, the United States respectfully submits the accompanying Brief.

Respectfully submitted,

Dated: June 1, 2005

CATHERINE R. MCCABE
Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

DAVID L. WEIGERT
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 514-5313
fax (202) 616-2427

ROBERT CLARK CORRENTE
United States Attorney
District of Rhode Island

MICHAEL P. IANNOTTI
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
fax (401) 709-5017

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DOMENIC LOMBARDI REALTY, INC.<br><br>Defendant. | BRIEF SUPPORTING JOINT MOTION FOR ENTRY OF STIPULATION AND PROPOSED ORDER TO DEPOSIT SUM OF MONEY WITH THE COURT<br><br>Civil Action No. 98-591 (WES) |

By the accompanying Joint Motion for Entry of Stipulation and Proposed Order to Deposit Sum of Money with the Court ("Motion"), Plaintiff United States of America, by and through the undersigned attorneys, joined by Defendant Domenic Lombardi Realty, Inc., respectfully requests that the Court enter the enclosed Stipulation and proposed Order to Deposit Sum of Money with the Court, executed by both parties, in connection with the proposed settlement of the above-captioned action. Pursuant to such Stipulation, Defendant shall send certain settlement funds by check to the U.S. District Court Clerk for deposit to an interest bearing escrow account with Bank of America, 111 Westminster Street, Providence, Rhode Island 02903 on or about June 1, 2005.

In support of the Motion, the United States offers the following:

The United States lodged a proposed Consent Decree for public comment, pursuant to Section 122(d)(2) of CERCLA, 42 U.S.C. § 9622(d)(2), and 28 C.F.R. § 50.7, on March 2, 2005, and published a notice of lodging in the Federal Register on March 16, 2005. Such publication triggered the commencement of a public comment period, which ended on April 18, 2005. During that period, the United States received no public comments on the proposed Decree. The United States plans to file a motion to enter the proposed Decree shortly.

The proposed Decree allows 30 days after the date of entry of the Decree for Defendant to pay the first of two installments of the settlement amount. The parties have subsequently agreed that, prior to such payment deadline, Defendant shall cause the proceeds of the sale of certain real property to be placed into an interest-bearing CRIS account, under the terms specified in the enclosed Stipulation and proposed Order, to be paid with interest to the United States if and when the proposed Decree is entered. That amount will be counted `toward Defendant's payment obligation under the Decree.

By its signature on the enclosed Stipulation and proposed Order, Defendant joins in this Motion.

For the foregoing reasons, the United States, joined by Defendant, respectfully requests that the Court sign and enter the enclosed Stipulation and proposed Order.

Respectfully submitted,

Dated: June 1, 2005

CATHERINE R. MCCABE
Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

DAVID L. WEIGERT
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 514-5313
fax (202) 616-2427

ROBERT CLARK CORRENTE
United States Attorney
District of Rhode Island

MICHAEL P. IANNOTTI
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
fax (401) 709-5017