**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DOMENIC LOMBARDI REALTY, INC. Defendant. | ) | **CERTIFICATE OF SERVICE** Civil Action No. 98-591 (WES) |

I hereby certify that on this 1st day of June, 2005, I caused to be served copies of the foregoing JOINT MOTION FOR ENTRY OF STIPULATION AND PROPOSED ORDER TO DEPOSIT SUM OF MONEY WITH THE COURT, supporting BRIEF, and STIPULATION AND PROPOSED ORDER TO DEPOSIT SUM OF MONEY WITH THE COURT, by first-class U.S. mail, postage pre-paid, upon the following:

Richard E. Gardiner, Esq.
10560 Main Street
Suite 404
Fairfax, VA 22030
(703) 352-7276
fax (703) 359-0938

David L. Weigert, Esq.