FILED
JUN 0 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>DOMENIC LOMBARDI REALTY, INC.<br>Defendant. | STIPULATION AND ORDER TO DEPOSIT SUM OF MONEY WITH THE COURT<br><br>Civil Action No. 98-591 (WES) |

UPON THE APPLICATION OF the undersigned Plaintiff United States of America and Defendant Domenic Lombardi Realty, Inc. to enter this Stipulation and Order, it is hereby stipulated by the undersigned parties that:

A. Defendant has agreed, inter alia, to pay a certain amount in resolution of the United States' claim, pursuant to Section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9607, for recovery of response costs incurred in connection with the removal of hazardous substances from the Robin Hollow Road Superfund Site, in West Greenwich, Kent County, Rhode Island, in the above-captioned action;

B. The parties have memorialized that agreement in a proposed Consent Decree, which the United States lodged with the Court for public comment, pursuant to 28 C.F.R. § 50.7.

C. Based upon receipt of any such public comments, the United States has the right to withdraw or withhold its consent to the proposed Decree;

D. If the United States of America after the close of the public comment period does not withdraw or withhold its consent to the proposed Consent Decree and thereafter seeks entry thereof, the Court will at that time determine whether to enter the proposed Consent Decree;

E. Pending entry of the proposed Consent Decree, the undersigned parties desire that the amount of $264,235.47 be deposited into an interest-bearing Court Registry account on or about June 1, 2005, pursuant to Rule 67 of the Federal Rules of Civil Procedure and D.R.I. Rule 52.

Based upon this application and the stipulations of the undersigned parties,

IT IS HEREBY ORDERED by the Court that this Stipulation and Order to Deposit Sum of Money With the Court be, and the same hereby is, ENTERED;

IT IS FURTHER ORDERED that the undersigned Defendant will cause the amount of $264,235.47 to be delivered to the U.S. District Court Clerk for deposit to an interest bearing escrow account with Bank of America, 111 Westminster Street;

IT IS FURTHER ORDERED that the sum of money so invested in the interest-bearing escrow account shall remain on deposit until the date of entry of the Consent Decree, at which time the funds, together with interest thereon, shall be retrieved by the Clerk and redeposited into the non-interest bearing Court Registry for disposition to the United States upon further order of the Court;

IT IS FURTHER ORDERED that in the event that the United States withdraws or withholds its consent to the proposed Consent Decree, or in the event that the Court denies a motion by the United States to enter the proposed Consent Decree, the sum of money invested in the interest-bearing escrow account, together with interest thereon, shall be retrieved by the Clerk and redeposited in the non-interest-bearing Court Registry and Defendant may apply to the Court for disbursement thereof to Defendant;

IT IS FURTHER ORDERED that the miscellaneous fee for handling the sum of money invested in the interest-bearing Court Registry account shall not be imposed because such sum of money is being handled on behalf of the United States, in accordance with the notes to 28 U.S.C. § 1914.

SO ORDERED THIS 6th DAY OF June, 2005.

[signature]

UNITED STATES DISTRICT JUDGE

THE UNDERSIGNED PARTIES enter into this Stipulation and Order in the matter of United States v. Domenic Lombardi Realty, Inc., Civil Action NO. 98-591 (WES) (D.R.I.), relating to the Robin Hollow Road Superfund Site, in West Greenwich, Kent County, Rhode Island.

FOR THE UNITED STATES OF AMERICA

CATHERINE R. MCCABE
Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

Date: 6/1/05

DAVID L. WEIGERT
DAVID L. GORDON
J. TOM BOER
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
(202) 514-5313
fax (202) 616-2427

ROBERT CLARK CORRENTE
United States Attorney
District of Rhode Island

MICHAEL P. IANNOTTI
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
fax (401) 709-5017

THE UNDERSIGNED PARTIES enter into this Stipulation and Order in the matter of United States v. Domenic Lombardi Realty, Inc., Civil Action NO. 98-591 (WES) (D.R.I.), relating to the Robin Hollow Road Superfund Site, in West Greenwich, Kent County, Rhode Island.

FOR DEFENDANT DOMENIC LOMBARDI REALTY, INC.

Date: 5/31/05

Richard E. Gardiner
Suite 404
10560 Main Street
Fairfax, Va. 22030
(703) 352-7276
(703) 359-0938 (fax)

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Jean Lombardi

Title: Secretary

Address: 88 West Warwick Avenue
West Warwick, RI 02893